UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ABDUL SHABAZZ MUHAMMAD,
a/k/a Andre Dotson, *et al.*,

        Plaintiffs

        v.                                                   C-1-08-256

SHERIFF SIMON LEIS, *et al.*,

        Defendants

## ORDER

This matter is before the Court upon the Report and Recommendation of the United States Magistrate Judge (doc. no. 35) to which neither party has objected.

Upon a *de novo* review of the record, the Court finds that the Judge has accurately set forth the applicable law and has properly applied it to the particular facts of this case. Accordingly, in the absence of any objection by plaintiff, this Court accepts the Report as uncontroverted.

The Report and Recommendation of the United States Magistrate Judge (doc. no. 35) is hereby ADOPTED AND INCORPORATED HEREIN BY REFERENCE. The Motion to Dismiss by defendants Leis, Dattilo, Schaible and Mergy (doc. no. 15) and the Motion to Dismiss, or in the alternative for a more definite statement, by defendants McNeil and McAdams (doc. no. 17) are GRANTED.

This case is DISMISSED AND TERMINATED on the docket of this Court.

IT IS SO ORDERED.

                                          ___s/Herman J. Weber_____  
                                              Herman J. Weber, Senior Judge  
                                              United States District Court